# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| KIMBERLY BADY, *et al.*, | § |
| Plaintiffs, | § |
| v. | § CIVIL ACTION NO. H-17-1019 |
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION | § |
| Defendant. | § |

## FINAL JUDGMENT

For the reasons stated on the record at the hearing held on September 8, 2017, this action is dismissed with prejudice. This is a final judgment.

SIGNED on September 8, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge